Certificate Number: 13858-MD-DE-038720954

Bankruptcy Case Number: 24-15480



13858-MD-DE-038720954

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on July 31, 2024, at 1:09 o'clock PM EDT, Whitney A. Miller completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date: July 31, 2024

By: /s/Tyler D Sanders

Name: Tyler D Sanders

Title: Counselor